UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

KEVIN LYONS

v.                                                           CA 09-059 ML

A.T.WALL, et al.

MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Almond on January 25, 2010. The Magistrate Judge recommends that Defendants' Motion for Summary Judgment be granted and that final judgment enter in favor of Defendants in all of the consolidated cases. Plaintiff Lyons has filed his objections to the Report and Recommendations, however, those objections are without merit. Accordingly, this Court adopts the Report and Recommendation in its entirety.

Defendants' Motion for Summary Judgment is GRANTED, and the Clerk is directed to enter final judgment in favor of Defendants in each of the consolidated cases.

SO ORDERED:

/s/ Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
February 12, 2010